IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-232-D
No. 5:24-CV-344-D

|  |  |  |
|---|---|---|
| TRAQUAN JENKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The United States shall file a response to petitioner's motion under 28 U.S.C. § 2255 [D.E. 66]. The response is due not later than August 9, 2024.

SO ORDERED. This 15 day of July, 2024.

JAMES C. DEVER III
United States District Judge