IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-232-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TRAQUAN JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pending motions [D.E. 78, 81, 88, 92, 94] not later than January 5, 2026.

SO ORDERED. This 5 day of December, 2025.

JAMES C. DEVER III
United States District Judge