IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-232-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRAQUAN JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless defendant's latest motion to reduce sentence [D.E. 104]. Cf. [D.E. 84, 102, 103].

SO ORDERED. This 17 day of February, 2026.

JAMES C. DEVER III
United States District Judge