IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-232-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRAQUAN JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

The court is very familiar with defendant. See [D.E. 83, 103, 106, 107]. The court DENIES as meritless defendant's latest motion to reduce sentence [D.E. 110]. See Rutherford v. United States, 146 S. Ct. 1320 (2026); Fernandez v United States, 146 S. Ct. 1292 (2026).

SO ORDERED. This 13 day of June, 2026.

JAMES C. DEVER III
United States District Judge